■ JAMES J. FRANKENSTEIN, Respondent, v. NORMAN S. APPLEBAUM et al., Appellants, et al., Defendant. (And One Other Action.)

984

Herlihy, P. J., Reynolds, Greenblott, Sweeney and Simons, JJ., concur.